United States District Court
Southern District of Texas
FILED

JAN 3 0 2020

David J. Bradley, Clerk

72

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Criminal No. M-19-2332-S1 |
| | § | |
| JUAN MARCUS LAUREL | § | |
| RUBEN ALANIZ | § | |
| TN: ROBERTO ALANIZ CARLOS AKA: ROBERTO ALANIZ (8/5/2022 cr) | § § § | |

AMENDED
SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

From on or about October 29, 2019, to on or about October 30, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JUAN MARCUS LAUREL**
**RUBEN ALANIZ**
**TN: ROBERTO ALANIZ CARLOS    AKA: ROBERTO ALANIZ**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

From on or about October 29, 2019, to on or about October 30, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

JUAN MARCUS LAUREL
RUBEN ALANIZ
TN:  ROBERTO ALANIZ   AKA ROBERTO ALANIS CARLOS

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 45.95 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Patricia Cook Proper*
ASSISTANT UNITED STATES ATTORNEY